JOHN D. GRADY, Appellant, *v.* ABEL CROOK, Respondent.

(Argued February 1, 1878; decided February 12, 1878.)

*Nathaniel C. Moak* for appellant.

*John H. Bergen* for respondent.

Agree to affirm.    No opinion.
All concur, except ANDREWS, J., absent.

---

THE PEOPLE ex rel. JAMES MCKONE, Appellants, v. ANDREW
H. GREEN, Comptroller, etc., et al., Respondents.

THIS case presented the same questions, and was argued
and decided with *People ex rel. Lunney* v. *Campbell* (*ante,*
p. 496).